## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Cr. No. 1:21-cr-114-PB-01 |
| ) | |
| **JENNIFER BOSWORTH** ) | |

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 12th day of July, 2021.

This 7/12/2021.

                              JOHN J. FARLEY
                              Acting United States Attorney

                              /s/ Aaron G. Gingrande
                              Aaron G. Gingrande
                              Assistant U.S. Attorney

WARRANT ISSUED: _____